# United States District Court

### for

### Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Damin Lewis**     Case Number: **CR-1-02-104**

Name of Sentencing Judicial Officer:     **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 8, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **37 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **April 13, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On September 21, 2006, Lewis was arrested by the Cincinnati, Ohio police on charges of Domestic Violence and Assault. On October 11, 2006, the charges were dismissed in Hamilton County, Ohio Municipal Court.

The complaint alleged Lewis assaulted Tara Geer and their son outside of Lewis's residence.

**U.S. Probation Officer Action:**

After the arrest, Lewis reported to the U.S. Probation Office and provided pictures of the injuries he suffered from the incident between Tara Geer and himself. In addition, Lewis presented a disc recording of two phone messages he received from Geer a couple days before the incident. The phone messages indicated that Geer planned to come to Lewis's residence and start trouble with him, and it was clear she was very upset with Lewis because she did not think he was having enough contact with their son.

Further investigation determined, Lewis's friend called 911 during the incident, but Geer and their son left before the police arrived. Geer immediately went to the police and requested a referral for charges of Domestic Violence and Assault, which she received and filed by herself at the Clerk's Office. She then called the police and told them of the warrants. So, the police arrived at Lewis's residence and arrested him.

Based on the dismissal in court and evidence Lewis presented to this officer, this officer is respectfully recommending no action be taken as a result of Lewis's contact with law enforcement.

PROB 12A
(12/98)

2

RE:   Damin Lewis
      CR-1-02-104

Respectfully submitted,                    Approved,

by  *[signature]*                          *[signature]*
    Robert C. Frommeyer Jr.                John Cole
    Senior U. S. Probation Officer         Supervising U. S. Probation Officer
    Date:  **October 20, 2006**            Date:  **October 20, 2006**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

11/1/06
Date