CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                Case 1:02cr104

vs

DAMIN LEWIS

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: Mary Anne Renz   Or        digital recording_____
Date: 4/24/08 @ 1:30

Attorney for USA:          Tim Oakley
Attorney for Defendant:   Federal Public Defender Richard Smith-Monahan

✓ Initial appearance held. Defendant informed of rights and charges.

___ Case continued for Probable Cause Hearing ___ Detention Hearing ___
    on _____
✓ Probable cause hearing held/waived.  Defendant to appear before District Judge
    _____ for Probation Violation/supervised release hearing.

___ Probable cause found / not found

___ Defendant DETAINED pending hearing.
___ Defendant RELEASED on _OR_ _____ bond

___ Order APPOINTING counsel _____

Remarks:
_____
_____
_____

Fee on Summons