# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                           Case No. CR-1-02-104 (1)

**DAMIN LEWIS**

_____

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
### (RULE 5 OR 32.1, FED. R CRIM. P.)

I, **DAMIN LEWIS**, charged in a Petition pending in this district with supervised release violation and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination or hearing, do hereby waive (give up) my right to a preliminary examination or hearing.

_[signature]_
Defendant

4/24/08
Date

_[signature]_
Counsel for Defendant

*[FILED JAMES BONINI CLERK — 08 APR 24 PM 2:57 U.S. SOUTHERN DIST. OHIO WEST DIV CINCINNATI]*

AO 468 (1/86) Waiver of Preliminary Examination or Hearing