UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                                        CR-1-02-104

DAMIN LEWIS

    Defendant

**ORDER**

**Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Thursday, June 5, 2008 at 9:00 a.m.**

**IT IS SO ORDERED.**

                                                          _____s/Herman J. Weber_____
                                                                 Judge Herman J. Weber
                                                                 United States District Court