UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING**

UNITED STATES OF AMERICA
      -vs-                                                            CASE NO. CR-1-02-104
**DAMIN LEWIS**
-------------------------------------------------------------------------------------------------------
COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Tim Oakley
DEFENSE: Richard Smith-Monahan
-------------------------------------------------------------------------------------------------------
Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter L. Lavin (Official)

Courtroom Deputy Darlene Maury

Probation Officer Mark Grawe

DATE: Thursday, June 5, 2008
TIME: 9:00 a.m. - 9:30 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING.  Defendant present with counsel.

Defendant orally moves for a six-month continuance.  Continuance granted - Revocation Hearing rescheduled to Tuesday, December 2, 2008.