UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                                      CR-1-02-104

DAMIN LEWIS

    Defendant

**ORDER**

**Pursuant to the record established at the Hearing held on June 5, 2008, this matter is RECESSED to Tuesday, December 2, 2008 at 10:00 a.m.**

    **IT IS SO ORDERED.**

                                               _____s/Herman J. Weber_____
                                                  Judge Herman J. Weber
                                                  United States District Court