AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Damin Lewis
2135 Freeman Ave., Apt. A
Cincinnati, OH 45214

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   1:02cr000104

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| Potter Stewart United States Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | Courtroom 6, Room 708 |
| | Date and Time |
| Before:   Magistrate Judge Timothy S. Black | Thursday, April 24, 2008 @ 1:30 p.m. |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition   Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

08 JUN 13 PM 2:07

Emily B. Hiltz, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

4/8/2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]     Date: 4/22/08 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Court House; Marshals Service Office Cincinnati, OH

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 4/22/08
Date

Name of United States Marshal: James Wahlrab

(by) Deputy United States Marshal: Michael Stevenson for ___ /s/ Hidyn DUSM (4013)

Remarks: Went to 2135 Freeman Ave. Apt. A Cincinnati OH 45214, on 4/21/08, Mr. Lewis was not there, I left my business card with a note. I also called Mr. Lewis's cell phone + left him a message about the summons and told him to call me, Mr. Lewis called + I told him to come to the office on 4/22/08 at 8:30am.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.